IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40607
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ERNESTO HERNANDEZ-ESPINOZA,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-97-CR-13-1
- - - - - - - - - - -
February 11, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:*

    Ernesto Hernandez-Espinoza appeals his guilty-plea

conviction and sentence for reentry after deportation in

violation of 8 U.S.C. § 1326(b)(2).  He argues that he was

charged with and pleaded guilty to simple reentry under § 1326(a)

but that he was sentenced as if he had pleaded guilty to reentry

following a felony conviction pursuant to § 1326(b)(2).  His

argument is foreclosed by this court's opinion in United States

v. Vasquez-Olvera, 999 F.2d 943, 946-47 (5th Cir. 1993).

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

AFFIRMED.